| Case | Docket | Date | Judges | Disposition |
|---|---|---|---|---|
| C.D., In re | 82A05–1610–JT–2458 | 03/27/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Williams v. State | 48A02–1608–CR–2016 | 03/28/2017 | NAJAM, J.<br><br>RILEY, J.<br>BRADFORD, J. | Affirmed in part and Reversed in part<br>Concurs<br>Concurs |
| K.D., Matter of | 49A02–1610–JC–2353 | 03/28/2017 | RILEY, J.<br>NAJAM, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Beem v. State | 75A05–1606–CR–1523 | 03/28/2017 | BAKER, J.<br>BARNES, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| B.B., Matter of | 29A04–1610–JC–2453 | 03/28/2017 | RILEY, J.<br>CRONE, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Davies v. Davies | 24A05–1508–DR–1103 | 03/28/2017 | NAJAM, J.<br><br>BAILEY, J.<br>MAY, J. | Affirmed and Remanded with instructions<br>Concurs<br>Concurs |
| Newcomer v. McQueary | 92A03–1610–JP–2347 | 03/28/2017 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Browning v. State | 15A04–1605–CR–1063 | 03/28/2017 | BROWN, J.<br>VAIDIK, C.J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| T.T., In re | 65A04–1610–JT–2393 | 03/28/2017 | NAJAM, J.<br>RILEY, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| McDade v. State | 49A02–1610–CR–2294 | 03/28/2017 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Guyton v. State | 49A02–1606–CR–1434 | 03/28/2017 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |